/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Email: mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

PETER M. PILAT

3561 NORTH PASEO DEL SOL
MESA, AZ 85207

Debtor.

Chapter 13

Case No. 2-16-bk-10071 MCW

**TRUSTEE'S 2021 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS**

This is an annual report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. **Debtors may view their case information through the National Data Center; sign up at www.ndc.org.** If the Debtor. have a question about the data shown, then send an email to mail@ch13bk.com.

### Dates

Petition Date: 8/31/2016
Plan Payment Start Date: 9/30/2016
Plan Confirmed On: 5/2/2018
Last Payment Received: 5/10/2021
Last Disbursement Date: 5/27/2021

### Plan Payment Schedule

| Pmt Amt | Month # | | Month # |
|---|---|---|---|
| 111.00 | 1 | through | 4 |
| 116.00 | 5 | through | 9 |
| 119.00 | 10 | through | 15 |
| 149.00 | 16 | through | 60 |

### Tax Returns & Refunds

If the Debtor is required by the plan or order confirming plan to provide state and federal income tax returns, tax refunds, or both, to the Trustee but has not done so, then the Trustee is requesting that the Debtor do so and send the return(s) through the Trustee's portal via www13documentscom. First, the Debtor has to register by clicking Register on the page and following the instructions.

### Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a cashier's check or money order payment not shown below, provide the Trustee with a copy of the front <u>and</u> back of the cashier's check or money order. Plan payments can be made online through **www.tfsbillpay.com** or *app.courtcompass.com.*

*Plan payments are delinquent by $32.01.*
The total amount of plan payments received: $7,976.28
The amount of trustee fee taken on receipts: $516.76
Amount of Undistributed Funds: $23.68

***Covers receipts posted June 1, 2019, through May 31, 2021.***

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/10/21 | TFS | 149.00 | 4/9/21 | TFS | 149.00 | | | |
| 3/9/21 | TFS | 149.00 | 2/9/21 | TFS | 149.00 | | | |
| 1/11/21 | TFS | 149.00 | 12/9/20 | TFS | 149.00 | | | |
| 11/9/20 | TFS | 149.00 | 10/9/20 | TFS | 149.00 | | | |
| 9/10/20 | TFS | 149.00 | 8/10/20 | TFS | 149.00 | | | |
| 7/9/20 | TFS | 149.00 | 6/9/20 | TFS | 149.00 | | | |
| 5/11/20 | TFS | 149.00 | 4/9/20 | TFS | 149.00 | | | |
| 3/9/20 | TFS | 149.00 | 2/10/20 | TFS | 149.00 | | | |
| 1/9/20 | TFS | 149.00 | 12/9/19 | TFS | 149.00 | | | |
| 11/12/19 | TFS | 149.00 | 10/9/19 | TFS | 149.00 | | | |
| 9/10/19 | TFS | 149.00 | 8/14/19 | TFS | 149.00 | | | |
| 7/22/19 | TFS | 149.00 | 6/10/19 | TFS | 149.00 | | | |

*Disbursement information (payments to creditors) is on the next page.*

## Disbursements to Administrative Expenses / Claimants / Creditors

The Court confirmed a Plan on 5/2/2018. The Trustee's last disbursement was on 5/27/2021 and the amount paid out on claims and debts to date is $7,952.60. The amount of Trustee's statutory percentage fee paid is $516.76.

| Pmt Seq | Creditor Name | Trustee or Court Claim No. | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | |
| | PRO PER | | | L | | | 0.00 | | 0.00 | 0.00 | 0.00 |
| 24 | | | | | | | | | | | |
| | BECKETT AND LEE LLP | 002 | 5/27/21 | S | V | 5,750.00 | 5,750.00 | 4.00 | 674.01 | 6,424.01 | 0.00 |
| | IRS | 005 | 5/27/21 | S | | 875.00 | 875.00 | 4.00 | 102.61 | 977.61 | 0.00 |
| 25 | | | | | | | | | | | |
| | IRS | 005 | 5/27/21 | P | | 194.14 | 34.22 | | 0.00 | 34.22 | 159.92 |
| 33 | | | | | | | | | | | |
| | LAS SENDAS COMMUNITY ASSOCIATION | 001 | | U | | 12,104.32 | 0.00 | | 0.00 | 0.00 | 12,104.32 |
| | BECKETT AND LEE LLP | 002 | | U | | 1,491.99 | 0.00 | | 0.00 | 0.00 | 1,491.99 |
| | BECKETT & LEE LLP | 003 | | U | | 5,086.44 | 0.00 | | 0.00 | 0.00 | 5,086.44 |
| | ATLAS ACQUISITIONS LLC | 004 | | U | | 9,961.58 | 0.00 | | 0.00 | 0.00 | 9,961.58 |
| | IRS | 005 | | U | | 119,956.02 | 0.00 | | 0.00 | 0.00 | 119,956.02 |

Explanation of disbursement codes:

(1) Pmt Seq. A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to creditor.
(2) Under Claim Number, a "#" refers to a claim that the Court has disallowed.
(3) Claim Class: "C" = continuing payment; "L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured
(4) Claim Type: "A" = prepetition arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage; "P" = personal property;

In re PILAT          Case No. 2-16-bk-10071-MCW          Page 2

If the Trustee has an email address for the Debtor, then the Trustee sent the Annual Report by email. If the email was bounced back or the Trustee has no email address for the Debtor., the Trustee sent a paper copy to the address appearing in the caption on the first page, and to any separate mailing address for the joint debtor, if the Trustee has that information.