*/s/ Russell Brown*
CHAPTER 13 TRUSTEE
3838 North Central Avenue
Suite 800
Phoenix, Arizona  85012-1965
602.277.8996
*mail@ch13bk.com*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| PETER M. PILAT, | Case No. 2-16-bk-10071 MCW |
| | **TRUSTEE'S NOTICE OF COMPLETED PLAN** |
| Debtor. | |

Russell Brown, Chapter 13 Trustee, states that the Debtor has completed the financial and other requirements of the Plan. Debtor has complied with § 521(a)(3) by providing the Trustee with the domestic support obligation information required to enable him to perform his statutory duty under § 1302(d)(1)(C). If the Debtor has nondischargeable debts, such as student loan debt or certain tax debts, then the Debtor should consider making payment arrangements with any creditor on such debts.

A copy was mailed or emailed to:

Peter M. Pilat
4439 East Amberwood Drive
Phoenix, AZ   85048
Debtor

V Barnard